DMB:SDD
F.#2009R00502

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JAMES RUSSO,

            Defendant.

- - - - - - - - - - - - - - - - X

Cr. No. CR10 - 510

GLASSER, J.

J. ORENSTEIN, M.J.

    Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           July 1, 2010

                               LORETTA E. LYNCH
                               United States Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York 11201

          By:       _____
                        Seth D. DuCharme
                        Assistant U.S. Attorney